UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA,

       Plaintiff,

                                                             19-CV-5748 (ENV)

  v.

REAL PROPERTY AND PREMISES KNOWN
AS: DEED NO. 18,887, ET AL.

       Defendants In Rem.

– – – – – – – – – – – – – – – –X

## DECLARATION OF PUBLICATION

      According to my review of the electronic database maintained by the Department of Justice, the attached notice of forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 24, 2019 and ending on November 22, 2019 as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, and evidenced by Attachment 1.

      I declare under penalty of perjury that the foregoing is true and correct. Executed on November 25, 2019.

                                                           *Samuel Williams*
                                                          Samuel Williams
                                                          FSA Records Examiner

Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK, EASTERN DIVISION
# COURT CASE NUMBER: CV-19-5748; NOTICE OF FORFEITURE ACTION

Pursuant to 21 U.S.C. § 881 and 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

All right, title and interest in the real property and premises known as: Deed No. 18,877; Calle Paseo de los Virreyes, 4283, Lot 21, Mza 41, Fraccionamiento Villa Universitaria, Zapopan, Jalisco, Mexico; Clave Catastral: 12014H223400370000, held in the name of Hector Rafael Caro Elenes, with a usufruct granted for life to Rafael Caro Quintero and Elizabeth Elenes de Caro (20-DEA-657054).

All right, title and interest in the real property and premises known as: Deed No. 84, Property once known as "Rancho del Gorupo" in Zapopan/Guadalajara, Jalisco, Mexico; held in the names of Hector Rafael, Roxana Elizabeth, Henoch Emilio and Mario Yibran, all surnames Caro Elenes, with a usufruct granted for life to Rafael Caro Quintero and Elizabeth Elenes de Caro (20-DEA-657055).

All right, title and interest in the real property and premises known as: Deed No. 9859. Avenida Melchor Ocampo, 468 Bodega (Local) 21, Fraccionamiento Mercado de Abastos Norte, Mercado el Campesino, 59, 21, 45140, Zapopan, Jalisco, Mexico; Clave Catastral: 12014I005900290000, held in the names of Hector Rafael, Roxana Elizabeth, Henoch Emilio and Mario Yibran, all with the surnames Caro Elenes, with a usufruct granted for life to Rafael Caro Quintero and Elizabeth Elenes de Caro (20-DEA-657058).

All right, title and interest in the real property and premises known as: Deed No. 2576; a fraction of the rustic property located in the town of Zapopan, Jalisco, Mexico called "El Tigre," "Nixticuilf," or "La Salitrera," held by Hector Rafael, Roxanna Elizabeth, Henoch Emilio, and Mario Yibran, all with the surnames Caro Elenes, with a usufruct granted for life to Rafael Caro Quintero and Elizabeth Elenes de Caro (20-DEA-657059).

All right, title and interest in the real property and premises known as: Deed No. 8527; Calle Sagitario 5289-8, Condominio Sagitario, Fraccionamiento Residencial Arboldeas, Zapopan, Jalisco, Mexico; Clave Catastral: 12014H332600170008, held in the name of Roxana Elizabeth Caro Elenes (20-DEA-657060).

All right, title and interest in the real property and premises known as: Deed No. 8187; Calle Luigi Pirandello 5397, Lote 29B, Mza 145, Fraccionamiento Vallarta Univerisdad, Zapopan, Jalisco, Mexico; Clave Catastral: 12014H114500370000, held in the name of Roxana Elizabeth Caro Elenes (20-DEA-657061).

All right, title and interest in the real property and premises known as: Deed No. 8527; Calle Sagitario 5289-9, Condominio Sagitario, Fraccionamiento Residencial

>Arboldeas, Zapopan, Jalisco, Mexico; Clave Catastral: 12014H332600170009, held in the name of Roxana Elizabeth Caro Elenes (20-DEA-657062).
>
>All right, title and interest in the real property and premises known as: Deed No. 8186; Calle Enrique Gomez Carrillo 5313, Lote 4A, Mza 157, Fraccionamiento Vallarta Universidad, Zapopan, Jalisco, Mexico; Clave Catastral: 12014H114700050000, held in the name Roxana Elizabeth Caro Elenes (20-DEA-657063).

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (October 24, 2019) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 225 Cadman Plaza East, Brooklyn, NY  11201, and copies of each served upon Assistant United States Attorney Brendan King, 271 Cadman Plaza East, 7th Floor, Brooklyn, NY  11201, or default and forfeiture will be ordered.  *See*, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant United States Attorney Brendan King, 271 Cadman Plaza East, 7th Floor, Brooklyn, NY  11201.  This website provides answers to frequently asked questions (FAQs) about filing a petition. You may file both a verified claim with the court and a petition for remission or mitigation.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 24, 2019 and November 22, 2019. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. R/P/P KNOWN AS: DEED NO. 18,887, ET AL.

**Court Case No:**  CV-19-5748
**For Asset ID(s):**  See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/24/2019 | 24.0 | Verified |
| 2 | 10/25/2019 | 24.0 | Verified |
| 3 | 10/26/2019 | 24.0 | Verified |
| 4 | 10/27/2019 | 24.0 | Verified |
| 5 | 10/28/2019 | 24.0 | Verified |
| 6 | 10/29/2019 | 24.0 | Verified |
| 7 | 10/30/2019 | 24.0 | Verified |
| 8 | 10/31/2019 | 24.0 | Verified |
| 9 | 11/01/2019 | 24.0 | Verified |
| 10 | 11/02/2019 | 24.0 | Verified |
| 11 | 11/03/2019 | 24.0 | Verified |
| 12 | 11/04/2019 | 24.0 | Verified |
| 13 | 11/05/2019 | 24.0 | Verified |
| 14 | 11/06/2019 | 24.0 | Verified |
| 15 | 11/07/2019 | 24.0 | Verified |
| 16 | 11/08/2019 | 24.0 | Verified |
| 17 | 11/09/2019 | 24.0 | Verified |
| 18 | 11/10/2019 | 24.0 | Verified |
| 19 | 11/11/2019 | 24.0 | Verified |
| 20 | 11/12/2019 | 24.0 | Verified |
| 21 | 11/13/2019 | 24.0 | Verified |
| 22 | 11/14/2019 | 24.0 | Verified |
| 23 | 11/15/2019 | 24.0 | Verified |
| 24 | 11/16/2019 | 24.0 | Verified |
| 25 | 11/17/2019 | 24.0 | Verified |
| 26 | 11/18/2019 | 24.0 | Verified |
| 27 | 11/19/2019 | 24.0 | Verified |
| 28 | 11/20/2019 | 24.0 | Verified |
| 29 | 11/21/2019 | 24.0 | Verified |
| 30 | 11/22/2019 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.