LDM:BGK
F. #2019V02754

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

        Plaintiff,

  – against –

THE REAL PROPERTY AND PREMISES
KNOWN AS: DEED NO. 18,877; CALLE PASEO
DE LOS VIRREYES, 4283, LOT 21, MZA 41,
FRACCIONAMIENTO VILLA UNIVERSITARIA,
ZAPOPAN, JALISCO, MEXICO;  CLAVE
CATASTRAL: 12014H223400370000, HELD IN
THE NAME OF HECTOR RAFAEL CARO
ELENES, WITH A USUFRUCT GRANTED FOR
LIFE TO RAFAEL CARO QUINTERO AND
ELIZABETH ELENES DE CARO; et al.,

        Defendants In Rem.
- - - - - - - - - - - - - - - - - - - - - -X

**CERTIFICATE OF PARTIAL DEFAULT**

Civil Action No. 19-5748 (ENV)

      I, Douglas C. Palmer, Clerk of the Court, United States District Court for the Eastern District of New York, do hereby certify that no person has filed a claim or answer or otherwise moved with respect to the complaint filed against the following properties:

    (i)    The real property and premises known as: Deed No. 18,877; Calle Paseo de los Virreyes, 4283, Lot 21, Mza 41, Fraccionamiento Villa Universitaria, Zapopan, Jalisco, Mexico; Clave Catastral: 12014H223400370000, held in the name of Hector Rafael Caro Elenes, with a usufruct granted for life to Rafael Caro Quintero and Elizabeth Elenes de Caro;

    (ii)    The real property and premises known as: Deed No. 9859. Avenida Melchor Ocampo, 468 Bodega (Local) 21, Fraccionamiento Mercado de Abastos Norte, Mercado el Campesino, 59, 21, 45140, Zapopan, Jalisco, Mexico; Clave Catastral: 12014I005900290000, held in the names of Hector Rafael, Roxana Elizabeth, Henoch Emilio and Mario

            Yibran, all with the surnames Caro Elenes, with a usufruct granted for life to Rafael Caro Quintero and Elizabeth Elenes de Caro;

(iii)    The real property and premises known as: Deed No. 8527; Calle Sagitario 5289-8, Condominio Sagitario, Fraccionamiento Residencial Arboldeas, Zapopan, Jalisco, Mexico; Clave Catastral: 12014H332600170008, held in the name of Roxana Elizabeth Caro Elenes;

(iv)    The real property and premises known as: Deed No 8527; Calle Sagitaro 5289-9, Condominio Sagitario, Fraccionamiento Residencial Arboldeas, Zapopan, Jalisco, Mexico; Clave Catastral: 12014H332600170009, held in the name of Roxana Elizabeth Caro Elenes; and

(v)    The real property and premises known as: Deed No. 8187; Calle Luigi Pirandello 5397, Lote 29B, Mza 145, Fraccionamiento Vallarta Univerisdad, Zapopan, Jalisco, Mexico; Clave Catastral: 12014H114500370000, held in the name of Roxana Elizabeth Caro Elenes (items (i) through (v), collectively, the "Defendant Real Properties").

      The default as to the Defendant Real Properties is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       March 17, 2021

                                      DOUGLAS C. PALMER, Clerk of Court

                              By: *Jalitza Poveda*
                                     Deputy Clerk