

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LDM:BGK:NEP
F.# 2019V02754

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 30, 2021

By ECF

United States Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. The Real Property and Premises Known as
       Deed No. 18,877 et al. - Docket No. 19-CV-05748 (ENV)(RLM)

Dear Judge Mann:

  Pursuant to the Court's February 3, 2021 Order, the United States respectfully submits this status report regarding the above-captioned matter.

  As set forth in the government's status reports dated, November 5, 2020 and February 2, 2021, a forfeiture complaint was filed against eight pieces of real property located in Mexico (the "Defendant Properties") that were purchased with the proceeds from the sale of illegal narcotics by Rafael Caro Quintero, the principal leader of the Caro Quintero Drug Trafficking Organization in Mexico. On or about October 23, 2019, the United States formally requested assistance from Mexico in the forfeiture of the Defendant Properties pursuant to the Mutual Legal Assistance Treaty ("MLAT") between our countries. The MLAT request asked Mexico, in part, to restrain the Defendant Properties and to give timely notice of the forfeiture proceeding to any person who reasonably appeared to have an interest or claim to the Defendant Properties. The authorities in Mexico were asked to post on the Defendant Properties copies of the Verified Complaint and notice of the action, as required by 18 U.S.C. § 985.

  On or about November 25, 2020, pursuant to the MLAT request, prosecutors of the Fiscalia General de la Republica ("FGR") of Mexico, placed notice of the forfeiture action on six of the eight real properties in and around Guadalajara, Mexico. Based on actions Mexico took in response to the government's MLAT request, on April 1, 2021, the government filed a motion for Default Judgment and Partial Decree of Forfeiture with respect to five of the eight defendant properties. On April 15, 2021, the Court granted the

government's motion. The government is currently in the process of resolving the forfeiture of the other three remaining Defendant Properties.

Based upon the status provided above, the United States, if amenable to Your Honor, will provide within 90 days, a further update to the Court with respect to this matter.

Respectfully submitted,

MARK J. LESKO
Acting United States Attorney

By: /s/ Brendan G. King
Brendan G. King
Assistant U.S. Attorney
(718) 254-6006