UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA

              Plaintiff,

       - against -

THE REAL PROPERTY AND PREMISES
KNOWN AS: DEED NO. 8186; CALLE ENRIQUE
GOMEZ CARRILLO 5314, LOTE 4A, MZA 157,
FRACCIONAMIENTO VALLARTA
UNIVERSIDAD, ZAPOPAN, JALISCO, MEXICO;
CLAVE CATASTRAL: 12014H114700050000,
HELD IN THE NAME OF ROXANA ELIZABETH
CARO ELENES.

              Defendant in rem.
- - - - - - - - - - - - - - - - - - - - - X

**ORDER**

Civil Action No.
19-CV-5748 (ENV)

TO:    THE DRUG ENFORCEMENT ADMINISTRATION, UNITED STATES
       MARSHALS SERVICE, AND/OR ANY OTHER DULY AUTHORIZED LAW
       ENFORCEMENT OFFICER, INCLUDING BUT NOT LIMITED TO THOSE
       AUTHORIZED UNDER ANY MUTUAL LEGAL ASSISTANCE TREATY BY
       AND BETWEEN THE UNITED STATES OF AMERICA AND THE UNITED
       STATES OF MEXICO

       WHEREAS, a Corrected Verified Complaint in rem (the "Corrected Verified

Complaint") was filed on July 22, 2021, in the United States District Court for the Eastern

District of New York, correcting one typographical error in the Verified Complaint In Rem

filed on October 11, 2019 with respect to the real property and premises known as, "Deed

No. 8186; Calle Enrique Gomez Carrillo 5314, Lote 4A, Mza 157, Fraccionamiento Vallarta

Universidad, Zapopan, Jalisco, Mexico; Clave Catastral: 12014H114700050000, held in the

name of Roxana Elizabeth Caro Elenes" (the "Defendant Property Eight"); and

WHEREAS, the Court being satisfied that, based on the Corrected Verified Complaint, there is probable cause to believe that the Defendant Property Eight is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6), and that grounds for issuance of this finding of probable cause exist pursuant to Supplemental Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules").

YOU ARE, THEREFORE, HEREBY COMMANDED to provide notice of this action to all persons known or thought to have an interest in the Defendant Property Eight, pursuant to 18 U.S.C. § 985 and Supplemental Rule G(4)(b), and publish notice of this forfeiture action in accordance on the official government website www.forfeiture.gov, pursuant to Supplemental Rule G(4)(a).

Dated: Brooklyn, New York
_____, 2021

SO ORDERED:

s/ Eric N. Vitaliano
HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YOR

2